WYETH LABORATORIES, INC.,
Petitioner,

v.

Michael O. McDONALD, Judge, Jefferson
Circuit Court, etc., Respondent.

Court of Appeals of Kentucky.

March 23, 1973.

Frank P. Doheny, Woodward, Hobson & Fulton, Louisville, for appellant.

Michael V. Hargadon, Louisville, for appellee.

Memorandum Opinion by Justice MILLIKEN, Denying Prohibition.*

Verna WEST, Appellant,

v.

PIKEVILLE COLLEGE, Special Fund and
John W. Young, Commissioner, et al.,
Appellees.

Court of Appeals of Kentucky.

March 23, 1973.

Harry R. Stamper, Kelsey E. Friend Law Firm, Pikeville, for appellant.

William J. Baird III, Baird & Baird, Pikeville, Robert Hawkins, Dept. of Labor, Frankfort, Gemma M. Harding, Dept. of Labor, Louisville, for appellees.

Memorandum Opinion of the Court by Justice OSBORNE, Affirming.*

* Opinion ordered not to be published.